# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.: 1:19-CR-2** |
| v. | **VIOLATIONS:**<br>21 U.S.C. 841(a)(1)<br>21 U.S.C 841(b)(1)(D)<br>49 U.S.C. 46306(b)(5)(A)<br>49 U.S.C. 46306(b)(6) |
| **ERIC LEE BROWN** | **INDICTMENT** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

## COUNT ONE

(Possession with Intent to Distribute Marijuana)

On or about March 29, 2018, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### ERIC LEE BROWN

knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWO

(Owning an Aircraft that is Knowingly Operated When the Aircraft is Not

Registered to Facilitate Controlled Substance Offense)

On or about March 29, 2018, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### ERIC LEE BROWN

did own an aircraft eligible for registration by the Federal Aviation Administration under Title 49 of the United States Code, and knowingly and willfully operate and attempt to operate the aircraft when the aircraft was not registered and said operation related to the facilitating of a controlled substance offense punishable by more than one year imprisonment, to wit: Possession with Intent to Distribute Marijuana as described in Count One of this Indictment all in violation of Title 49, United States Code, Section 46306(b)(5)(A) and (c)(2).

## COUNT THREE

(Operating an Aircraft eligible for Registration knowing that the Aircraft is

not registered to Facilitate Controlled Substance Offense)

On or about March 29, 2018, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### ERIC LEE BROWN

did knowingly and willfully operate and attempt to operate an aircraft eligible for registration by the Federal Aviation Administration under Title 49 of the United States Code, knowing that the aircraft was not registered and said operation related to the facilitating of a controlled substance offense punishable by more than one year

imprisonment, to wit: Possession with Intent to Distribute Marijuana as described in Count One of this Indictment in violation of Title 49, United States Code, Section 46306(b)(6) and (c)(2).

                              A TRUE BILL.
                              /s/Foreperson of the Grand Jury
                              FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

*[signature]*
LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* \_\_\_9\_\_\_ *day of* _____ *A.D. 20\_19\_.*

*[signature]*
                             *Deputy Clerk*