

# MINUTE SHEET
# OF COURT PROCEEDINGS

| | |
|---|---|
| Date: February 12, 2019 | Type of Hearing: INITIAL APPEARANCE / ARRAIGNMENT / BOND |
| Judge: THOMAS Q. LANGSTAFF | Court Reporter/Tape #: FTR GOLD |
| Courtroom Deputy: William C. Lawrence | Interpreter: |

### Case Number: 1:19-CR-2(WLS)

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | AUSA: LEAH MCEWEN |
| ERIC LEE BROWN | Counsel: TIM SAVIELLO |

Agents/Experts in attendance: SCOTT HOWELL, USPO

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

### I. INITIAL APPEARANCE/ARRAIGNMENT          Time in Court: 7 MINS 10:00-10:07

- ☐ Dft attorney not present.
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.
- ☒ Standard Pre-trial Order to be e-filed.
- ☐ Notice of Court policy re: retained counsel to be e-filed.
- ☐ Other:

- ☐ **Initial Appearance Only.**
- ☐ **Arraignment Only.**
- ☒ **Both Initial Appearance and Arraignment.**

### II. BOND/DETENTION          Time in Court: 1 MIN 10:07-10:08

**Government Motion for Detention:**
☐ Granted   ☐ Denied
  ☐ Order to follow

☐ Bond set at
  Type: ☐ Own Recognizance
        ☐ Unsecured
        ☐ Fully Secured
        ☐ Secured by

**Conditions of Release:**
Standards Conditions

☐ Bond Supervision
☐ House Arrest
☐ Surrender Passport
☐ No Firearms
☐ Drug / Alcohol Testing
☐ Electronic Monitoring
☐ Travel Restricted to:

**Detention Hearing:**
Continued to:
Upon motion of ☐ Govt   ☐ Deft

☐ Temporary detention Ordered pending hearing
☒ Detention Ordered pending trial

Other: Defendant consented to pretrial release & remanded to custody of USM. Order to follow.