# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No.: 1:19-CR-00002-WLS-TQL** |
| **ERIC LEE BROWN** | |

## UNOPPOSED MOTION FOR CONTINUANCE IN THE INTEREST OF JUSTICE

COMES NOW the Defendant, Eric Brown, by and through counsel and unopposed from the United States of America, and herein moves this Court to continue the February 27, 2019, Pretrial Conference and the April 1, 2019, Trial term scheduled in the above-styled case to the June 10, 2019 trial calendar. This case has not been previously continued.

In support, it is stated:

## I. Procedural History:

Mr. Brown was indicted on January 9, 2019, and charged in a three-count indictment. (Doc. 1). The Federal Defenders of the Middle District of Georgia, Inc. was appointed to represent Eric Brown on February 11, 2019. (Doc. 7). On February 12, 2019, Mr. Brown appeared before Magistrate Judge Langstaff for an initial appearance, arraignment and Detention Hearing. (Doc. 9). The defendant entered a plea of not guilty. (Doc. 11). The Court's standard pretrial order was filed on February 12, 2019, and, defendant's request for discovery was filed the same day. (Docs. 11 and 17).

**Reasons for Requested Continuance:**

Mr. Brown now moves the Court to continue the February 27, 2019, Pretrial Conference and the April 1, 2019, Trial term to the June 10, 2019 trial term, because defense counsel needs additional time to complete her review and investigation of the government's discovery. Once defense counsel's investigations of the government's discovery are completed, defense counsel will then need additional time to meet with Mr. Brown, at the jail, to discuss the next steps in this case. Lastly, the parties will need additional time to discuss plea negotiations, if warranted.

## II.     Government's Position as to the Requested Continuance:

There will be no prejudice to the Government should the Court grant the relief sought herein as the parties have conferred and the Government is unopposed to the Court continuing this case to the next regularly scheduled term of court for the Albany Division.

## III.     Speedy Trial Act, 18 U.S.C. §§ 3161, et seq.

Mr. Brown submits to the Court that the above circumstances warrant finding excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., through any trial date that may be set upon allowance of this motion, and that the ends of justice served by the granting of this continuance outweigh the best interests of the public and Mr. Brown in a speedy trial.

WHEREFORE, Eric Brown requests the Court to enter an Order continuing this case to the June 10, 2019 trial term for the Albany Division and that all days form the date of the Order to the beginning of the term be excluded from the calculation of the Speedy Trial date.

Respectfully submitted this 22nd day of February, 2019.

*s /Erin L. Pinder*
ERIN L. PINDER
GA Bar Number: 889959
Counsel for Eric Brown

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail:  Erin_Pinder@fd.org

## CERTIFICATE OF SERVICE

I, Erin L. Pinder, hereby certify that on February 22, 2019, I electronically filed the foregoing *Unopposed Motion for Continuance in the Interest of Justice* with the clerk of Court using the CM/ECF system which will send notification of such record of counsel.

*s /Erin L. Pinder*
ERIN L. PINDER
GA Bar Number: 889959
Counsel for Eric Brown

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail: Erin_Pinder@fd.org